■ GLADYS LAVERDI et al., Appellants, v ARONA S. BAKER et al., Respondents. [3 NYS3d 680]—

Appeal from an order of the Supreme Court, Erie County (John F. O'Donnell, J.), entered November 13, 2013 in a personal injury action. The order granted the motion of defendants for an open commission and letters rogatory for the deposition of Kathryn R. Wilkins, M.D., a nonparty witness.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Peradotto, J.P., Carni, Sconiers and Whalen, JJ.